**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7335**

---

CHARLES BEA,

                                    Petitioner - Appellant,

    versus

TIMOTHY A. KELLY, Commissioner; RICHARD
CULLEN, Attorney General of Virginia,

                                Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge.
(CA-97-626-3)

---

Submitted: January 19, 1999         Decided: April 30, 1999

---

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Charles Bea, Appellant Pro Se. Jane D. Hickey, Garland Locks Bigley, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Bea appeals from the district court's denial of his habeas petition contesting his continued detention in a state mental facility.  We have reviewed the record and find no error. We therefore deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss this appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED